UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARITA HERNANDEZ, individually and as executor of the Estate of RICARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL WAY, BLAKE LOSVAR, TANNER PAU AND SEVERAL JOHN AND JANE DOE OFFICERS,<br><br>Defendants. | NO. 2:18-cv-01473-BJR<br><br>ORDER EXTENDING DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS DEADLINE, AND EXTENDING NUMBER OF DEPOSITIONS ALLOWED |

## **ORDER**

Based on the parties' Stipulation and for good cause shown, the Court authorizes the parties to complete discovery, depositions, and file dispositive motions according to the following schedule:

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS DEADLINE AND EXTENDING NUMBER OF DEPOSITIONS ALLOWED (2:18-cv-01473-BJR) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| MATTER | DATE OF COMPLETION |
|---|---|
| Written discovery | September 18, 2019 |
| Discovery cutoff (for depositions and interviews only) | October 11, 2019 |
| Dispositive motions to be filed | November 8, 2019 |
| Number of depositions allowed per side | 15 |

**IT IS SO ORDERED.**

DONE IN CHAMBERS this \_\_5th\_\_ day of September, 2019.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY CUTOFF AND
DISPOSITIVE MOTIONS DEADLINE AND
EXTENDING NUMBER OF DEPOSITIONS
ALLOWED (2:18-cv-01473-BJR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669